John H. Mitchell
Mitchell & Powell
mitchellandpowell@gmail.com
2208 W. Sunnyside, Ste. A
Visalia, California  93277
Telephone: 559.733.9898

Attorneys for Plaintiff
RICK ARNOLD

JASON H. BORCHERS, Bar No. 199120
JBorchers@litter.com
STEVEN M. CRASS, Bar No. 209873
SCrass@littler.com
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue, Suite 302
Fresno, California  93704.2225
Telephone:  559.244.7500
Facsimile.:  559.244.7525

Attorneys for Defendant
FEED SERVICES LLC (erroneously sued as
LAND O' LAKES AND FOOD SERVICES, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK ARNOLD,<br><br>          Plaintiff,<br><br>    v.<br><br>LAND O' LAKES AND FOOD SERVICES, LLC, and DOES 1 through 20, inclusive, etc., et al.,<br><br>          Defendants. | Case No.  1:10-CV-01083 SMS<br><br>**NOTICE OF SETTLEMENT;**<br><br>**ORDER** |

///

///

///

///

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

Case No.  1:10-CV-01083 SMS

Notice of Settlement

///

Pursuant to Eastern District Local Rule 160, the parties in the above-entitled matter herein wish to inform the Court that the parties have reached an agreement to settle the above-entitled matter and ask that all current dates be taken off calendar. Moreover, the Parties request that the court order that documents disposing of the action be filed not more than twenty-one days from the date of this notice.

Dated: February 8, 2011

/s / John H. Mitchell
JOHN H. MITCHELL
MITCHELL & POWELL
Attorneys for Plaintiff
RICK ARNOLD

Dated: February 8, 2011

/s/ Jason H. Borchers
JASON H. BORCHERS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
FEED SERVICES LLC (erroneously sued as LAND O' LAKES AND FOOD SERVICES, LLC)

ORDER

The Court acknowledges receipt of Notice of Settlement and pursuant to Local Rule 62 hereby orders that Plaintiff file documents disposing of this action within twenty-one (21) days of this notice, unless good cause is shown.

IT IS FURTHER ORDERED THAT all the dates in this action are

////

////

////

Case No. 1:10-CV-01083 SMS                   2.

Notice of Settlement

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

hereby Vacated, including the Settlement Conference hearing date of April 14, 2011 before Judge Beck; Pretrial Conference date of September 2, 2011 and the Jury Trial of October 18, 2011 before Judge Snyder.

IT IS SO ORDERED.

Dated:   February 9, 2011                              /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE