1  JASON H. BORCHERS, Bar No. 199120
   JBorchers@litter.com
2  STEVEN M. CRASS, Bar No. 209873
   SCrass@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  5200 North Palm Avenue, Suite 302
   Fresno, California 93704.2225
5  Telephone: 559.244.7500
   Facsimile.: 559.244.7525

6

7  Attorneys for Defendant
   FEED SERVICES LLC (erroneously sued as
   LAND O' LAKES AND FOOD SERVICES,
8  LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK ARNOLD, | Case No. 1:10-CV-01083 SMS |
| Plaintiff, | |
| v. | **ORDER FOR STIPULATION OF DISMISSAL OF ACTION** |
| LAND O' LAKES AND FOOD SERVICES, LLC, and DOES 1 through 20, inclusive, etc., et al., | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal of action, with prejudice, filed by the parties on March 4, 2011:

IT IS SO ORDERED that this matter is dismissed, with prejudice.

Dated: March _7, 2011        /s/ Sandra M. Snyder
                             SANDRA M. SNYDER
                             UNITED STATES MAGISTRATE JUDGE

Case No. 1:10-CV-01083 SMS

[Proposed] Order to Stipulation of Dismissal of Action

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500